**Order filed November 19, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00378-CR
_____

### ORLANDO SALINAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1313253**

## ORDER

On April 18, 2013, as required by section 401.010 of the Texas Government Code, the Texas attorney general's office was provided notice that the aforementioned case challenges the constitutionality of section 133.102 of the Texas Local Government Code.

Under Texas Government Code section 401.010, a court may not issue a final judgment holding a Texas statute is unconstitutional before the 45th day after

the date the notice is served on the attorney general. That deadline has passed without the filing of a brief.  On October 11, 2013, the court's staff was informed by Assistant Deputy Attorney General David Whitley during a telephone call that the Attorney General's office does not intend to file a brief in connection with the constitutional challenge being raised in this court.

The attorney general is ORDERED to file a response to the notice **within 15 days** of this order being issued.

This court will construe the lack of a timely response to this order from the attorney general's office as a determination by the State that it does not intend to raise any arguments for the constitutionality of section 133.102 other than the arguments already presented in the case.

It is so ORDERED.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.